IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LSD MEDIA, LLC,              )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:23cv206-MHT
                             )          (WO)
PURSUIT MEDIA TV, LLC,       )
                             )
     Defendant.              )
```

ORDER

The court has reviewed the amended complaint (Doc. 7). The allegations of the amended complaint are still insufficient to invoke this court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). As previously noted, to invoke original jurisdiction based on diversity of citizenship, the complaint must distinctly and affirmatively allege each party's citizenship and show that the citizenship of each plaintiff is different from that of each defendant. *See McGovern v. American Airlines, Inc.*,

511 F. 2d 653, 654 (5th Cir. 1975) (per curiam)*; 28 U.S.C. § 1332.

To properly allege the citizenship of a limited liability company, a complaint must "list the *citizenships* of all the members of the limited liability company." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (italics added). Where an LLC has members that are LLCs, the complaint must properly allege the citizenship of the member LLCs. And where, as here, those member LLCs have members who are individuals, the complaint must properly allege the citizenship of those individuals.

The amended complaint is insufficient because it does not properly allege the citizenship of the individuals who are members of plaintiff LSD Media,

---

\* In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit Court of Appeals adopted as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

LLC, or of the individuals who are members of the member LLCs of defendant Pursuit Media TV, LLC.  The amended complaint alleges that these individuals are "residents" of various States.  However, an allegation that a party is a "resident" of a State is not sufficient to establish that a party is a "citizen" of that State.  *Delome v. Union Barge Line Co.*, 444 F.2d 225, 233 (5th Cir.), *cert. denied*, 404 U.S. 995 (1971).

***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until May 22, 2023, to amend the complaint to allege jurisdiction sufficiently; otherwise, this lawsuit shall be dismissed without prejudice.

DONE, this the 8th day of May, 2023.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**