IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LSD MEDIA, LLC,         )<br>                         )<br>    Plaintiff,        )<br>                         )<br>    v.                   )<br>                         )<br>PURSUIT MEDIA TV, LLC,   )<br>                         )<br>    Defendant.           ) | CIVIL ACTION NO.<br>2:23cv206-MHT<br>(WO) |

DISMISSAL ORDER

Upon consideration of plaintiff's consent to voluntary dismissal (Doc. 23), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 26th day of July, 2023.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE